UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAUREN M. BEASLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-05-0579 |
| | § | |
| CITY OF SUGAR LAND AND OFFICER | § | |
| KELLY GLESS, | § | |
| | § | |
| *Defendants*. | § | |

## **FINAL JUDGMENT**

In accordance with the Opinion on Summary Judgment issued this day, it is hereby

ORDERED that all claims in this case are dismissed with prejudice. Plaintiff shall take nothing by way of her claims in this action.

This is a final judgment.

Signed at Houston, Texas on January 19, 2006.

_____
Stephen Wm Smith
United States Magistrate Judge